Barney Cohen, Respondent, v. Isaac Regierer and Another, Appellants.— Motion denied, with costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter·of the Judicial Settlement of the Account of Josephine G. Manske, Formerly Josephine Gunther, as Administratrix, etc., of Otto Gunther, Deceased.— Motion granted, without costs.   Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Judicial Settlement of the Accounts of Michael Ryan and Thomas Lenane, as Executors and Trustees of the Last Will and Testament of Mary M. Flynn, Deceased.— Motion to dismiss appeal denied. Motion to file undertaking *nunc pro tunc* granted, without costs.   Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Michael F. Fritz, Respondent, v. John Knaub, as Second Assistant Engineer or Treasurer of Port Jervis Division No. 54 of the Grand International Brotherhood of Locomotive Engineers, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Mills at Special Term.* (Reported in 57 Misc. Rep. 405.) Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

---

THIRD DEPARTMENT, JANUARY, 1908.

Kate B. Acer, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Clarence W. Cluett, Respondent, v. C. Fred Cluett and Others, Appellants.— Interlocutory judgment affirmed, with costs, with usual leave to defendants to withdraw demurrer and answer upon payment of the costs in this court and in the court below. No opinion. All concurred.

Charles J. Cummings, Respondent, v. Standard Harrow Company, Appellant. — Judgment unanimously affirmed, with costs. No opinion.

Patrick B. Daly, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Horace H. Dibble, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

---

* Trial Term.— [REP.